# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Stafford, Elizabeth A. | **2. Court or Organization**<br><br>United States District Court, Eastern District of Michigan | **3. Date of Report**<br><br>06/10/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>full-time magistrate judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Rm. 657
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 06/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Wayne County Treasurer's Office-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Georgetown Advanced eDiscovery Institute | November 20-22, 2019 | Washington DC | eDiscovery conference | airfare, hotel, food and ground transporation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 06/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stafford, Elizabeth A. | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   rental property 1, Detroit, MI | D | Rent | L | W | | | | | |
| 2.   rental property 2, Detroit, MI | D | Rent | L | W | | | | | |
| 3. | | | | | | | | | |
| 4.   MORGAN STANLEY IRA: (H) | | | | | | | | | |
| 5.   -AMERICAN CAP WRLK GR & INC a | D | Dividend | K | T | | | | | |
| 6.   -AMERICAN INV CO OF AMER A | C | Dividend | K | T | | | | | |
| 7.   -SMALLCAP WORK A | C | Dividend | J | T | | | | | |
| 8.   -CLEARBRIDGE LARGE CAP GWTH A | D | Dividend | K | T | | | | | |
| 9.   -FRANKLIN MUTUAL GLB DISCOV A | C | Dividend | K | T | | | | | |
| 10.  -FRANKLIN MUTUAL SHARES A | B | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12.  -MICHIGAN EDUCATION SAVINGS PROGRAM, MODERATE AGE BASED OPTION | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14.  NORTHWESTERN MUTUAL IRA (H) | | | | | | | | | |
| 15.  -EQUITY INCOME (MSA/T ROWE PRICE) | A | Dividend | J | T | | | | | |
| 16.  -NEUBERGER BERMAN SOCIALLY RESPONSIVE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17.   -FIDELITY VIP CONTRAFUND | A | Dividend | J | T | | | | | |
| 18.   -FOCUED APPRECIATION (MSA/ JANUS) | A | Dividend | J | T | | | | | |
| 19.   -MID CAP VALUE (MSA/AMER CENTURY) | A | Dividend | J | T | | | | | |
| 20.   -FIDELITY VIP MID CAP | A | Dividend | J | T | | | | | |
| 21.   -SMALL CAP VALUE (MSA/T ROWE PRICE) | A | Dividend | J | T | | | | | |
| 22.   -RESEARCH INTERNATIONAL CORE (MSA/MFS) | A | Dividend | J | T | | | | | |
| 23.   -INTERNATIONAL EQUITY (MSA/ FRANLING TMPL) | A | Dividend | J | T | | | | | |
| 24.   -EMERGING MARKETS EQUITY (MSA/ MFS) | A | Dividend | J | T | | | | | |
| 25.   -INTERNATIONAL GROWTH (MSA/ JANUS) | A | Dividend | J | T | | | | | |
| 26.   -SHORT TEARM BOND (MSA) | A | Dividend | J | T | | | | | |
| 27.   -SELECT BOND (MSA) | A | Dividend | J | T | | | | | |
| 28.   -NORTHWESTERN MUTUAL STRATEGIC BOND FUND | A | Dividend | J | T | | | | | |
| 29.   -INFLATION PROTECTION (MSA/ AMER CENTURY) | A | Dividend | J | T | | | | | |
| 30.   -MULTI SECTOR BOND (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 31.   -HIGH YIELD BOND (MSA) | A | Dividend | J | T | | | | | |
| 32.   -RUSSELL GLOBAL REAL ESTATE SECURITIES | A | Dividend | J | T | | | | | |
| 33.   -CREDIT SUISSE COMMODITY STRATEGY | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | | | | | |
| 35. FIDELITY INVESTMENTS IRA: (H) | | | | | | | | | |
| 36. -ISHARES EDGE MSCI MIN VOL EAFE ETF | B | Dividend | J | T | | | | | |
| 37. -FIDELITY GOVERNMENT CASH RESERVE | B | Dividend | J | T | | | | | |
| 38. -ISHARES EDGE MSCI MIN VOL USA EFT | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 39. -ISHARES CORE S&P SMALL-CAP ETF | A | Dividend | J | T | | | | | |
| 40. -HARBOR CAPITAL APPRECIATION INV CL | A | Dividend | J | T | | | | | |
| 41. -PIMCO INCOME FUND CL A | B | Dividend | J | T | | | | | |
| 42. -INVESCO QQQ TR UNIT SER 1 | B | Dividend | J | T | | | | | |
| 43. JP MORGAN: (H) | | | | | | | | | |
| 44. -COHEN & STEERS REAL ESTATE SECS FD CL F | A | Dividend | K | T | Sold (part) | 04/18/19 | K | A | |
| 45. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 46. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 47. -DELAWARE GROUP GLOBAL & INTL FDS EMERGING MARKETS | A | Dividend | K | T | Buy (add'l) | 04/18/19 | J | | |
| 48. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 49. | | | | | Sold (part) | 12/20/19 | J | A | |
| 50. -DIAMONDS HILL FDS LARGE CAP FD CL | A | Dividend | | | Sold (part) | 04/18/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold | 07/09/19 | J | A | |
| 52. -DODGE & COX FUND | A | Dividend | K | T | Sold (part) | 04/18/19 | J | A | |
| 53. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 54. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 55. -HARRIS ASSOC INVT TR, OAKMARK FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 04/18/19 | J | | |
| 56. | | | | | Sold (part) | 07/09/19 | J | A | |
| 57. | | | | | Sold (part) | 12/20/19 | J | A | |
| 58. -HARRIS ASSOC INVT TR, OAKMARK INTL FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 04/18/19 | J | | |
| 59. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 60. | | | | | Sold (part) | 12/20/19 | J | A | |
| 61. -INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH | A | Dividend | J | T | Sold (part) | 04/18/19 | J | A | |
| 62. | | | | | Sold (part) | 07/09/19 | J | A | |
| 63. | | | | | Sold (part) | 12/20/19 | J | A | |
| 64. -JP MORGAN MUT FD INVT, TR EMERGING MARKETS EQI | A | Dividend | K | T | Buy (add'l) | 04/18/19 | J | | |
| 65. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 66. | | | | | Sold (part) | 12/20/19 | J | A | |
| 67. -JP MORGAN MUT FD INVT, TR, GROWTH ADVANTAGE FD CL | A | Dividend | K | T | Sold (part) | 04/18/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. | | | | | Sold<br>(part) | 07/09/19 | J | A | |
| 69. | | | | | Sold<br>(part) | 12/20/19 | J | A | |
| 70.   -JP MORGAN SMALL CAP GRWTH R6 | A | Dividend | K | T | Sold<br>(part) | 04/18/19 | J | A | |
| 71. | | | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 72. | | | | | Sold<br>(part) | 12/20/19 | J | A | |
| 73.   -JP MORGAN TR I, EQUITY INCOME FD<br>R6 | A | Dividend | K | T | Sold<br>(part) | 04/18/19 | J | A | |
| 74. | | | | | Sold<br>(part) | 07/09/19 | J | A | |
| 75. | | | | | Sold<br>(part) | 12/20/19 | J | A | |
| 76.   -JP MORGAN TR II, CORE PLUS BD FD<br>ULTRA CL | A | Dividend | K | T | Sold<br>(part) | 04/18/19 | J | A | |
| 77. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 78.   -JP MORGAN TRII, HIGH YIELD FD<br>ULTRA CL | A | Dividend | K | T | Sold<br>(part) | 04/18/19 | J | A | |
| 79. | | | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 81.   -JP MORGAN TR II, MID CAP GROWTH<br>FD CL R6 | A | Dividend | K | T | Sold<br>(part) | 04/18/19 | J | A | |
| 82. | | | | | Sold<br>(part) | 07/09/19 | J | A | |
| 83. | | | | | Sold<br>(part) | 12/20/19 | J | A | |
| 84.   -MAINSTAY FDS MACKAY HGH YLD<br>CORP BD FD | A | Dividend | K | T | Sold<br>(part) | 04/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy (add'l) | 07/09/19 | J | | |
| 86. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 87.  -PIMCO FDS PAC INVT MGMT SER INVT GRADE CORP BD DF | A | Dividend | K | T | Sold (part) | 04/18/19 | J | A | |
| 88. | | | | | Sold (part) | 07/09/19 | J | A | |
| 89. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 90.  -PIMCO INCOME FD INSTL CL | A | Dividend | K | T | Sold (part) | 04/18/19 | J | A | |
| 91. | | | | | Sold (part) | 07/09/19 | J | A | |
| 92. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 93.  -TRIBUTARY FDS INC SM COMPANY FD INSTL PLUS CL | A | Dividend | | | | | | | |
| 94. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 95. | | | | | Sold | 07/09/19 | J | A | |
| 96.  -VANGUARD WORLD FUND INTL GROWTH FD ADMIRAL | A | Dividend | J | T | Buy (add'l) | 04/18/19 | J | | |
| 97. | | | | | Sold (part) | 07/09/19 | K | A | |
| 98. | | | | | Sold (part) | 12/20/19 | J | A | |
| 99.  -ISHARES CORE S&P 500 ETF | A | Dividend | K | T | Sold (part) | 04/18/19 | J | A | |
| 100. | | | | | Sold (part) | 12/20/19 | J | A | |
| 101.  -ISHARES MSCI EAFE ETF | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 103. | | | | | Sold | 07/09/19 | K | A | |
| 104. -SELECT SECTOR SPDR TRUST, THE FINANCIAL SELECT SECTOR | A | Dividend | J | T | Buy (add'l) | 04/18/19 | J | | |
| 105. | | | | | Sold (part) | 07/09/19 | J | A | |
| 106. | | | | | Sold (part) | 12/20/19 | J | A | |
| 107. -SELECT SECTOR SPDR TRUST, THE TECHNOLOGY SELECT | A | Dividend | J | T | Sold (part) | 04/18/19 | J | A | |
| 108. | | | | | Sold (part) | 07/09/19 | J | A | |
| 109. | | | | | Sold (part) | 12/20/19 | J | A | |
| 110. -VANGUARD SECTOR INDEX FDS VANGUARD REAL ESTATE | A | Dividend | K | T | Sold (part) | 04/18/19 | J | A | |
| 111. | | | | | Sold (part) | 07/09/19 | K | A | |
| 112. -COLUMBIA FDS SER TR I, GLBL TECHNOLOGY GROWTH FD INSTL | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 113. -NUVEEN INVT TR V | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 114. -TIAA | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 115. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 116. -VANGUARD SPECIALIZED | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stafford, Elizabeth A.** | 06/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Stafford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544